UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 16-00197 |
| VERSUS | JUDGE ROBERT G. JAMES |
| CRAIG ANTWON JEFFERSON | MAG. JUDGE KATHLEEN KAY |

## JUDGMENT

For the reasons orally assigned in the Report and Recommendation of the Magistrate Judge [Doc. 32], Defendant having waived his right to file objections to the Report and Recommendation [Doc. No. 29], and the Court concurring with the finding of the Magistrate Judge under applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the **GUILTY PLEA** entered by Defendant Craig Antwon Jefferson on March 1, 2017, before Magistrate Judge Kathleen Kay is **ACCEPTED** by the Court, pursuant to the provisions of Federal Rule of Criminal Procedure 11. Defendant is adjudged guilty of possession with intent to distribute a controlled substance, as charged in Count 1 of the Indictment.

MONROE, LOUISIANA, this 2nd day of March, 2017.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE